IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chidinma Grace Salako,<br>Plaintiff,<br>v.<br>Rushmore Loan Management Services LLC, *et al.*,<br>Defendants. | No. CV-25-01063-PHX-JJT<br>**ORDER** |

The Court held a telephonic hearing on November 6 of this year to address the parties' pending discovery dispute. In the ordinary course, if the Court cannot resolve such a dispute during the hearing and from the bench, it will quickly thereafter draft an order doing so. That is of course the point of the expedited process the Court has adopted—to get the parties moving again after a delay by resolving the disputed issues reasonably quickly. But the Court could not do that here, because after the hearing, the parties just kept filing submissions with multiple attachments still attempting to address the dispute, which the Court by then had already heard.

On Monday, November 24, 2025, after having read the eighteen docket entries submitted to that point addressing the discovery dispute and many satellite points, as well as nearly 200 pages of attachments, the Court ordered the parties to each submit their respective recordings of an October 22, 2025 telephonic conversation pursuant to the Court's meet-and-confer requirement attendant to all discovery disputes. In its Order, and clearly focused on the mushrooming nature of the filings surrounding this discrete dispute,

the Court explicitly ordered that beyond the recordings it ordered produced, the parties were to submit "nothing else—no briefs, no argument, no attempts at explanation or discussion of the merits" of the matter. (Doc. 124.) This was because the parties already have been given the opportunity to be heard multiple times on this discrete issue—in fact several more "bites at the apple" than required by rule. The very next day, Plaintiff ignored this very clear directive, filing a "Motion to Strike Defendant's Deceitful Filing and to Compel Response to Plaintiff's First Set of Interrogatories Under FRCP 26(G)(1) and 37(A)(4)" (Doc. 127) and a "Motion to Strike Defendant's Deceitful and Bad Faith Responses to Plaintiff's First Set of Requests for Admission and to Deem the Matters Admitted Under FRCP 36(A)(6)." (Doc. 128.) The two Motions are on precisely the issues the Court is trying to resolve already upon receipt and review of the recordings. They are also precisely what Plaintiff has been heard on multiple times, through her submission of the majority of the eighteen previous docketed filings on this issue. They are in controversion of the Court's Order.

The Court will strike both filings and instruct one more time that briefing on the discovery dispute is closed. The Court will render a ruling presently. The parties will stop filing submissions on this issue unless ordered otherwise by the Court.

**IT IS ORDERED** striking Docs. 127 and 128.

Dated this 26th day of November, 2025.

Honorable John J. Tuchi
United States District Judge