**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Chidinma Grace Salako,<br>Plaintiff,<br>v.<br>Rushmore Loan Management Services LLC, *et al.*,<br>Defendants. | No. CV-25-01063-PHX-JJT<br>**ORDER** |

Before the Court is *pro se* Plaintiff Chidinma Grace Salako's Motion for Miscellaneous Relief (Doc. 240), Motion for Leave to Exceed Limits Regarding Doc. 240 (Doc. 241), and Memorandum of Points and Authorities in Support of Motion Doc. 240 (Doc. 242). In the underlying Motion for Miscellaneous Relief, Plaintiff argues that the Court should disregard Defendants' declaration and exhibits they filed in support of their summary judgment motion, asserting various evidentiary objections and substantive arguments regarding how her own evidence contradicts Defendants' evidence.

The Court construes the Motion for Miscellaneous Relief and related Memorandum (Docs. 240, 242) as improper sur-replies to her already filed Response in Opposition to Defendants' Motion for Summary Judgment (Doc. 233). This Court previously struck several of Plaintiff's improperly filed sur-replies. (*See* Docs. 43, 196.) And still, Plaintiff files the instant sur-replies and fails to set forth any basis upon which they are warranted. Plaintiff had the opportunity to raise her objections to Defendants' evidence and make substantive arguments regarding whatever contradictions the record presented in her

response that she filed on May 16, 2026. Plaintiff chose not to, and she does not get a second bite at the apple on her own whim.

Because the Motion for Miscellaneous Relief and related Memorandum are improperly filed, the Court will strike them and deny as moot the Motion for Leave to Exceed Limits.

**IT IS ORDERED** striking Plaintiff's Motion for Miscellaneous Relief (Doc. 240) and Memorandum of Points and Authorities in Support of Motion Doc. 240 (Doc. 242).

**IT IS FURTHER ORDERED** denying as moot Plaintiff's Motion for Leave to Exceed Limits Regarding Doc. 240 (Doc. 241).

Dated this 28th day of May, 2026.

Honorable John J. Tuchi
United States District Judge